IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ERNESTO G. PASION, | ) | CV 13-00676 ACK-RLP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI; JAY FURFARO; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, and/or OTHER DOE ENTITIES 1-10, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 19, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED Honolulu, Hawaii March 11, 2014



_____
Alan C. Kay
Senior United States District Judge